UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER HAMER, OAKVIEW CAPITAL PARTNERS, LLC and OAKVIEW HOUSING TRUST I, LLC<br><br>Plaintiffs,<br><br>v.<br><br>DARIEN PLANNING AND ZONING COMMISSION and FREDERICK B. CONZE<br><br>Defendants. | CIVIL ACTION NO. 3:11-CV-01845-WWE<br><br><br><br>AUGUST 20, 2015 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the Plaintiffs, Christopher Hamer, Oakview Capital Partners, LLC, and Oakview Housing Trust I, LLC, have dismissed their action against the Defendants, Darien Planning and Zoning Commission and Frederick Conze, with prejudice.

THE PLAINTIFFS,
CHRISTOPHER HAMER, OAKVIEW
CAPITAL PARTNERS, LLC, OAKVIEW
HOUSING TRUST I, LLC

By: _____/s/_____
John R. Williams, Esq. (CT 00215)
51 Elm Street
New Haven, CT 06510
Phone: 203-562-9931
Facsimile: 203-776-9494
jrw@johnrwilliams.com


THE DEFENDANTS,
DARIEN PLANNING AND ZONING
COMMISSION AND FREDERICK CONZE

By: _____/s/_____
Michael T. Ryan, Esq. (CT 05685)
Jonathan C. Zellner, Esq. (CT 29294)
Ryan Ryan Deluca, LLP
707 Summer Street
Stamford, CT 06901
Phone: 203-357-9200
Facsimile: 203-357-7915
mtryan@ryandelucalaw.com
jczellner@ryandelucalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/
                              John R. Williams, Esq.